UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNE M. LANDRY,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIANZ GLOBAL CORPORATE & SECURITY, *et al.*,<br><br>    Defendants. | Cause No. C21-5545RSL<br><br>ORDER DISMISSING CLAIMS AGAINST ALLIANZ GLOBAL CORPORATE & SPECIALTY |

This matter comes before the Court on defendant Allianz Global Corporate & Specialty's motion to dismiss. Dkt. # 7. The motion is unopposed. Having reviewed the complaint and considered Allianz' arguments, the motion to dismiss is GRANTED. Plaintiff's claims against Allianz are hereby DISMISSED.

Dated this 14th day of September, 2021.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING CLAIMS AGAINST
ALLIANZ GLOBAL CORPORATE & SPECIALTY - 1