UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JOANNE M. LANDRY,

                Plaintiff,

     v.

ALLIANZ GLOBAL CORPORATE & SPECIALTY, *et al.*,

                Defendants.
_____

Case No. C21-5545RSL

ORDER TO SHOW CAUSE

On August 25, 2021, the Court issued an order requiring the parties to file a Joint Status Report by September 22, 2021. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, October 8, 2021, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of August 25, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for October 8, 2021.

DATED this 23rd day of September, 2021.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE